IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

RUFINO DUARTE-ROSALES also known as Fino,

Defendant.

CRIMINAL FILE NO.
1:05-CR-197-7-TWT

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 276] recommending denying the Defendant's Motions to Suppress [Docs. 79 & 81]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motions to Suppress [Docs. 79 & 81] are DENIED.

SO ORDERED, this 20 day of August, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge